# United States Court of Appeals
## For the First Circuit

No. 10-2316

JOHN COLLINS,

Plaintiff, Appellant,

v.

UNIVERSITY OF NEW HAMPSHIRE; BRUCE MALLORY, in his official capacity as Provost and Executive Vice President of the University of New Hampshire; ROBERT C. WHITTEN, in his official capacity as Police Officer of the University of New Hampshire Police Department,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on December 20, 2011, is amended as follows:

On page 5, line 11:  Replace both instances of "Manelo" with "Manalo"

On page 5, line 15:  Replace "Manelo" with "Manalo"

On page 8, line 16:  Remove the comma after "Collins"

On page 25, line 3 of footnote 9:  Replace "Manello" with "Manalo"